## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1600(L); 22-2063(con)

**Caption [use short title]**

**Motion for:** to change the caption

**Set forth below precise, complete statement of relief sought:**

changing the caption to eliminate unneeded references to "sealed defendant' numbers.

US v. Navarro (Seth Fishman)

**MOVING PARTY:** Seth Fishman

**OPPOSING PARTY:** United States of America

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Richard D. Willstatter

**OPPOSING ATTORNEY:** Sarah Mortazavi, Assist. US Attorney

[name of attorney, with firm, address, phone number and e-mail]

Green & Willstatter, 200 Mamaroneck Ave., Ste. 605
White Plains, NY 10601  (914) 948-5656
email: willstatter@msn.com

United States Attorney's Office, 1 St. Andrew's Plaza
New York, NY 10007
212-637-2520  email: sarah.mortazavi@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Mary Kay Vyskocil, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
_Richard D. Willstatter_  Date: 10/3/2022  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

       -v.-                          :      22-1600

SETH FISHMAN,                        :

       Defendant-Appellant.          :
-------------------------------------------------------------x
```

## Declaration of Richard D. Willstatter

RICHARD D. WILLSTATTER, an attorney admitted to practice in this Court, hereby declares the following is true:

1. I represent Seth Fishman in this appeal.

2. Because the initial charges, including the defendants' names, were sealed, the district court docket entries include sealed defendant numbers, *e.g.*, "Sealed Defendant 1." However, the indictment was unsealed on March 9, 2020. SDNY Dkt. 3.

3. The caption for this appeal includes sealed defendant numbers for each of the 19 defendants.

4. On September 29, 2022, I wrote to the Clerk of the Court to request the correction of the caption to eliminate the "seal defendant" references. I was later informed by the case manager

that I must file a motion seeking this relief.

5. I hereby move to correct the caption, so that it would read:

United States of America,

  Appellee,

v.

Jorge Navarro, Erica Garcia, Marcos Zulueta, Michael Tannuzzo, Gregory Skelton, Ross Cohen, Jordan Fishman, Rick Dane, Jr., Christopher Oakes, Jason Servis, Kristian Rhein, Michael Kegley, Jr., Alexander Chan, Henry Argueta, Nicholas Surick, Rebecca Linke, Christopher Marino,

  Defendants,

Seth Fishman, Lisa Giannelli,

  Defendants - Appellants.

6. The government does not oppose this motion.

7. I declare the foregoing is true and correct pursuant to 28 U.S.C. 1746.

Dated: October 3, 2022
   White Plains, New York

       Respectfully,

       /s/ Richard D. Willstatter
       RICHARD D. WILLSTATTER
       Attorney for Seth Fishman